FILED

Jan 28  11 57 AM '11

U.S. ~~~~~~ ~~ JUDGE

BY _____

1  DANIEL G. BOGDEN
   United States Attorney
2  BRADLEY GILES
   Assistant United States Attorney
3  333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   (702) 388-6336
5  Fax (702) 388-6698

6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

10  UNITED STATES OF AMERICA                  )
                                             )
11  vs                                        )
                                             )
12  CHATTEL KNOWN AS                          )     2:10-mj-940-LRL
    DELL COMPUTER                             )
13  BLACK IN COLOR                            )
    SERIAL #: 00045-657-701-562               )
14  _____)

15

16  **GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL AFFIDAVIT**

17
            COMES NOW the United States of America, by and through Daniel G. Bogden, United
18
    States Attorney, and Bradley Giles, Assistant United States Attorney, and moves this Court to unseal
19
    the Affidavit together with the Application, Return and the Court's Order for purposes of discovery
20
    in the above-captioned matter.
21
    . . .
22
    . . .
23
    . . .
24
    . . .
25
    . . .
26

1    Unsealing is necessary to permit the Government to copy and distribute the above

2    referenced documents to the defense.

3

4                    DATED this 2(th day of January, 2011.

5

6                                            Respectfully submitted,

7                                            DANIEL G. BOGDEN
                                             United States Attorney
8

9
                                             BRADLEY GILES
10                                           Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

FILED

Jan 28   11 57 AM '11

U.S. H........ ... JUDGE

BY_____

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | |
| ) | |
| CHATTEL KNOWN AS ) | 2:10-mj-940-LRL |
| DELL COMPUTER ) | |
| BLACK IN COLOR ) | |
| SERIAL #: 00045-657-701-562 ) | |
| ) | |

Based on Government's Application for an Order to Unseal the Affidavit together with
the Application, Return and the Court's Order issued in the above-captioned matter and good cause
appearing, therefor

IT SO ORDERED that the Affidavit, the Application, Return and the Court's Order be
unsealed.

DATED this __28 7h__ day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE